UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>ACKS</small> I<small>NDUSTRIES</small>, I<small>NC</small>.,

    Plaintiff,

v.

M<small>C</small>K<small>ECHNIE</small> V<small>EHICLE</small>
C<small>OMPONENTS</small> USA, I<small>NC</small>.,

    Defendant.
_____/

Case No.: 1:08-cv-289

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #85) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's Motion for Preliminary Injunction (Dkt. #58) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated: July 23, 2010

       /s/ Paul L. Maloney
       Paul L. Maloney
       Chief United States District Judge